UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FARIS SAAH | : | |
| VS. | : | CIVIL ACTION NO. |
| VANESSA D. LEVINE | : | NOVEMBER 9, 2020 |

## COMPLAINT

### COUNT ONE

1. This is an action for brought by a citizen and resident of the State of Connecticut against a citizen and resident of the State of New York. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2. Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

3. The plaintiff is an adult citizen of the United States who resides in Darien, Connecticut. He is a member of the faculty of Harvard University and, until the events hereinafter described, he derived his principal income from hosting Private Equity Webinars.

4. The defendant is an adult resident of Brooklyn, New York.

5. On or about February 6, 2019, and continuously thereafter to the present time, the defendant has maliciously posted online the false assertion that the plaintiff engaged in a hate crime directed against her because of her religion, that he called her a "slut," and that he physically assaulted her.

6. Thereafter, the defendant participated in and encouraged the widespread dissemination of these falsehoods for the specific purpose of causing the plaintiff to lose employment and suffer financial injury.

7. As a result, the plaintiff lost his Webinar hosting position and related consulting work, causing him to suffer financial losses currently amounting to more than $150,000 and increasing daily.

8. In the manner described above, the defendant maliciously interfered with the plaintiff's employment and related financial relationships in an manner which was extreme and outrageous.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory and punitive damages for tortious interference in violation of Connecticut law.

COUNT TWO

1. This is an action for brought by a citizen and resident of the State of Connecticut against a citizen and resident of the State of New York. The amount

in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2. Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

3. The plaintiff is an adult citizen of the United States who resides in Darien, Connecticut. He is a member of the faculty of Harvard University and, until the events hereinafter described, he derived his principal income from hosting Private Equity Webinars.

4. The defendant is an adult resident of Brooklyn, New York.

5. On or about February 6, 2019, and continuously thereafter to the present time, the defendant has maliciously posted online the false assertion that the plaintiff engaged in a hate crime directed against her because of her religion, that he called her a "slut," and that he physically assaulted her.

6. Thereafter, the defendant participated in and encouraged the widespread dissemination of these falsehoods for the specific purpose of causing the plaintiff to suffer both emotional and financial injury.

7. As a result, the plaintiff lost his Webinar hosting position and related consulting work, causing him to suffer financial losses currently amounting to more than $150,000 and increasing daily.

8. As a further result, the plaintiff suffered severe emotional distress

because of his fear that he would be unable to provide financially for himself and his family and that he would endure humiliation and ostracism among his peers, causing him loss of sleep, loss of appetite, and related physical manifestations.

9. The defendant's malicious actions described above were extreme and outrageous and were carried out with the knowledge that they would cause the plaintiff, and any similarly situated person of ordinary sensibilities, to suffer severe emotional distress to such an extent that it might result in physical injury..

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory and punitive damages for intentional infliction of emotional distress in violation of Connecticut law.

COUNT THREE

1. This is an action for brought by a citizen and resident of the State of Connecticut against a citizen and resident of the State of New York. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2. Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

3. The plaintiff is an adult citizen of the United States who resides in Darien, Connecticut. He is a member of the faculty of Harvard University and,

4

until the events hereinafter described, he derived his principal income from hosting Private Equity Webinars.

4. The defendant is an adult resident of Brooklyn, New York.

5. On or about February 6, 2019, and continuously thereafter to the present time, the defendant has maliciously posted online the false assertion that the plaintiff engaged in a hate crime directed against her because of her religion, that he called her a "slut," and that he physically assaulted her.

6. Thereafter, the defendant participated in and encouraged the widespread dissemination of these falsehoods for the specific purpose of causing the plaintiff to suffer both emotional and financial injury.

7. As a result, the plaintiff lost his Webinar hosting position and related consulting work, causing him to suffer financial losses currently amounting to more than $150,000 and increasing daily.

8. As a further result, the plaintiff suffered severe emotional distress because of his fear that he would be unable to provide financially for himself and his family and that he would endure humiliation and ostracism among his peers, causing him loss of sleep, loss of appetite, and related physical manifestations.

9. The defendant's malicious actions described above were carried out with the knowledge that they would cause the plaintiff, and any similarly situated person of ordinary sensibilities, to suffer severe emotional distress to such an

extent that it might result in physical injury..

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages for negligent infliction of emotional distress in violation of Connecticut law.

COUNT FOUR

1. This is an action for brought by a citizen and resident of the State of Connecticut against a citizen and resident of the State of New York. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2. Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

3. The plaintiff is an adult citizen of the United States who resides in Darien, Connecticut. He is a member of the faculty of Harvard University and, until the events hereinafter described, he derived his principal income from hosting Private Equity Webinars.

4. The defendant is an adult resident of Brooklyn, New York.

5. On or about February 6, 2019, and continuously thereafter to the present time, the defendant has maliciously posted online the false assertion that the plaintiff engaged in a hate crime directed against her because of her religion,

that he called her a "slut," and that he physically assaulted her.

6. Thereafter, the defendant participated in and encouraged the widespread dissemination of these falsehoods for the specific purpose of causing the plaintiff to suffer both emotional and financial injury.

7. As a result, the plaintiff lost his Webinar hosting position and related consulting work, causing him to suffer financial losses currently amounting to more than $150,000 and increasing daily.

8. As a further result, the plaintiff suffered severe emotional distress because of his fear that he would be unable to provide financially for himself and his family and that he would endure humiliation and ostracism among his peers, causing him loss of sleep, loss of appetite, and related physical manifestations.

9. The defendant's malicious actions described above constitute defamation per se, because they falsely accuse the plaintiff of committing crimes punishable by incarceration.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory and punitive damages for defamation in violation of Connecticut law.

THE PLAINTIFF

BY: _____/s/_____(ct00215)_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com