UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FARIS SAAH | : |
| VS. | :   NO. 3:20cv1682(KAD) |
| VANESA D. LEVINE | :   DECEMBER 26, 2020 |

## AMENDED COMPLAINT

COUNT ONE

    1. This is an action for brought by a citizen and resident of the State of Connecticut against a citizen and resident of the State of New York. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

    2. Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

    3. The plaintiff is an adult citizen of the United States who resides in Darien, Connecticut. He is a member of the faculty of Harvard University and, until the events hereinafter described, he derived his principal income from hosting Private Equity Webinars.

    4. The defendant is an adult resident of Brooklyn, New York.

1

5. On or about February 6, 2019, and continuously thereafter to the present time, the defendant has maliciously posted and reposted online the false assertion that the plaintiff engaged in a hate crime directed against her because of her religion, that he called her a "slut," and that he physically assaulted her. The defendant was, on various occasions throughout the year 2019, asked to remove the said false and defamatory Facebook posting and she expressly refused to do so.

6. Thereafter, when the identify of the plaintiff as the person being accused by the defendant was widely known both to the defendant and to the general public in the State of Connecticut and elsewhere, the defendant again reposted the aforesaid defamation and participated in and encouraged the widespread national and international dissemination of these falsehoods for the specific purpose of causing the plaintiff to lose employment and suffer financial injury.

7. As a result, the plaintiff lost his Webinar hosting position and related consulting work, causing him to suffer financial losses currently amounting to more than $150,000 and increasing daily.

8. In the manner described above, the defendant maliciously interfered with the plaintiff's employment and related financial relationships in an manner which was extreme and outrageous.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory and punitive damages for tortious interference in violation of Connecticut law.

COUNT TWO

1. This is an action for brought by a citizen and resident of the State of Connecticut against a citizen and resident of the State of New York. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2. Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

3. The plaintiff is an adult citizen of the United States who resides in Darien, Connecticut. He is a member of the faculty of Harvard University and, until the events hereinafter described, he derived his principal income from hosting Private Equity Webinars.

4. The defendant is an adult resident of Brooklyn, New York.

5. On or about February 6, 2019, and continuously thereafter to the present time, the defendant has maliciously posted and reposted online the false assertion that the plaintiff engaged in a hate crime directed against her because of her religion, that he called her a "slut," and that he physically assaulted her.

The defendant was, on various occasions throughout the year 2019, asked to remove the said false and defamatory Facebook posting and she expressly refused to do so.

6. Thereafter, when the identify of the plaintiff as the person being accused by the defendant was widely known both to the defendant and to the general public in the State of Connecticut and elsewhere, the defendant again reposted the aforesaid defamation and participated in and encouraged the widespread national and international dissemination of these falsehoods for the specific purpose of causing the plaintiff to lose employment and suffer financial injury.

7. As a result, the plaintiff lost his Webinar hosting position and related consulting work, causing him to suffer financial losses currently amounting to more than $150,000 and increasing daily.

8. As a further result, the plaintiff suffered severe emotional distress because of his fear that he would be unable to provide financially for himself and his family and that he would endure humiliation and ostracism among his peers, causing him loss of sleep, loss of appetite, and related physical manifestations.

9. The defendant's malicious actions described above were extreme and outrageous and were carried out with the knowledge that they would cause the plaintiff, and any similarly situated person of ordinary sensibilities, to suffer

severe emotional distress to such an extent that it might result in physical injury..

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory and punitive damages for intentional infliction of emotional distress in violation of Connecticut law.

COUNT THREE

1. This is an action for brought by a citizen and resident of the State of Connecticut against a citizen and resident of the State of New York. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2. Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

3. The plaintiff is an adult citizen of the United States who resides in Darien, Connecticut. He is a member of the faculty of Harvard University and, until the events hereinafter described, he derived his principal income from hosting Private Equity Webinars.

4. The defendant is an adult resident of Brooklyn, New York.

5. On or about February 6, 2019, and continuously thereafter to the present time, the defendant has maliciously posted and reposted online the false assertion that the plaintiff engaged in a hate crime directed against her because of her religion, that he called her a "slut," and that he physically assaulted her.

The defendant was, on various occasions throughout the year 2019, asked to remove the said false and defamatory Facebook posting and she expressly refused to do so.

6. Thereafter, when the identify of the plaintiff as the person being accused by the defendant was widely known both to the defendant and to the general public in the State of Connecticut and elsewhere, the defendant again reposted the aforesaid defamation and participated in and encouraged the widespread national and international dissemination of these falsehoods for the specific purpose of causing the plaintiff to lose employment and suffer financial injury.

7. As a result, the plaintiff lost his Webinar hosting position and related consulting work, causing him to suffer financial losses currently amounting to more than $150,000 and increasing daily.

8. As a further result, the plaintiff suffered severe emotional distress because of his fear that he would be unable to provide financially for himself and his family and that he would endure humiliation and ostracism among his peers, causing him loss of sleep, loss of appetite, and related physical manifestations.

9. The defendant's malicious actions described above were carried out with the knowledge that they would cause the plaintiff, and any similarly situated person of ordinary sensibilities, to suffer severe emotional distress to such an

extent that it might result in physical injury..

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages for negligent infliction of emotional distress in violation of Connecticut law.

COUNT FOUR

1.  This is an action for  brought by a citizen and resident of the State of Connecticut against a citizen and resident of the State of New York.  The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2.  Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

3.  The plaintiff is an adult citizen of the United States who resides in Darien, Connecticut.  He is a member of the faculty of Harvard University and, until the events hereinafter described, he derived his principal income from hosting Private Equity Webinars.

4.  The defendant is an adult resident of Brooklyn, New York.

5.  On or about February 6, 2019, and continuously thereafter to the present time, the defendant has maliciously posted and reposted online the false assertion that the plaintiff engaged in a hate crime directed against her because

of her religion, that he called her a "slut," and that he physically assaulted her. The defendant was, on various occasions throughout the year 2019, asked to remove the said false and defamatory Facebook posting and she expressly refused to do so.

6. Thereafter, when the identify of the plaintiff as the person being accused by the defendant was widely known both to the defendant and to the general public in the State of Connecticut and elsewhere, the defendant again reposted the aforesaid defamation and participated in and encouraged the widespread national and international dissemination of these falsehoods for the specific purpose of causing the plaintiff to lose employment and suffer financial injury.

7. As a result, the plaintiff lost his Webinar hosting position and related consulting work, causing him to suffer financial losses currently amounting to more than $150,000 and increasing daily.

8. As a further result, the plaintiff suffered severe emotional distress because of his fear that he would be unable to provide financially for himself and his family and that he would endure humiliation and ostracism among his peers, causing him loss of sleep, loss of appetite, and related physical manifestations.

9. The defendant's malicious actions described above constitute defamation per se, because they falsely accuse the plaintiff of committing crimes

punishable by incarceration.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory and punitive damages for defamation in violation of Connecticut law.

        THE PLAINTIFF

BY: _____/s/_____(ct00215)_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax: 203.776.9494
      jrw@johnrwilliams.com

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____(ct00215)_____
JOHN R. WILLIAMS