UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FARIS SAAH | : | |
| VS. | : | NO. 3:20cv1682(KAD) |
| VANESA D. LEVINE | : | DECEMBER 30, 2020 |

## BRIEF IN RESPONSE TO OBJECTION TO AMENDED COMPLAINT

The defendant has objected to the Amended Complaint on the ground that "plaintiff sought to file an amended complaint well after 21 days from the purported service of the initial complaint...."[1] The defendant purports to rely on F. R. Civ. P. § 15(a)(1) as a basis for this objection.

The defendant, however, has overlooked F. R. Civ. P. § 15(a)(1)(B) which expressly provides that the permitted time for filing an amended pleading "if the pleading is one to which a responsive pleading is required, [is] 21 days after service of a motion under Rule 12(b)...."

In this case, the defendant has asserted her *intention* to file a Rule 12(b)

---

[1] The defendant also objects on the ground that "the plaintiff filed the Amended Complaint after the entry of a default...." The defendant has not briefed or explained her basis for claiming that the entry of a default precludes the filing of an Amended Complaint, however, so that ground (if it is being pursued) will not be addressed here.

motion but has not yet even done so.  Obviously, the time within which the plaintiff may amend his Complaint without consent or leave of court has not yet even begun to run.

The objection should be overruled.

                THE PLAINTIFF

BY:    */s/*   *(ct00215)*
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203.562.9931
       Fax:  203.776.9494
       jrw@johnrwilliams.com

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       */s/*   *(ct00215)*
    JOHN R. WILLIAMS

2